**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donnie Lamont BLOUNT and Gaylin
Terod Johnson, Defendants–
Appellants.**

**No. 95–20359.**

United States Court of Appeals,
Fifth Circuit.

Jan. 9, 1997.

Alice Ann Burns, Asst. U.S. Atty., U.S. Attorney's Office, Paula Camille Offenhauser, Houston, TX, for plaintiff-appellee.

Robert E. Dolan, Houston, TX, for Gaylin Terod Johnson, defendant-appellant.

George McCall Secrest, Jr., Bennett, Secrest & Meyers, Houston, TX, for Donnie Lamont Blount, defendant-appellant.

Before POLITZ, Chief Judge, and KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A majority of judges in active service having determined, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.